**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Robert W. STRITTMATTER, Jr.,**
**Defendant–Appellant.**

**No. 06–41049**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 20, 2007.

Shamoil Shipchandler, U.S. Attorney's Office, Eastern District of Texas, Plano, TX, for Plaintiff–Appellee.

Denise S. Benson, Assistant Federal Public Defender, Federal Defender's Office, Eastern District of Texas, Tyler, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Robert W. Strittmatter, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Strittmatter has not filed a response. Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.